# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:09-CV-43-D

| | |
|---|---|
| Vanessa Beasley, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| Sessoms & Rogers, P.A. Lee C. Rogers, and Palisades Collection, LLC, | ) ) ) ) |
| **Defendants.** | ) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF CY PRES AWARD AND DESIGNATION OF CY PRES RECIPIENTS

This matter coming before the Court on Plaintiff Vanessa Beasley ("Plaintiff") and Defendants Sessoms & Rogers, P.A., Lee C. Rogers, and Palisades Collection, LLC ("Defendants") Joint Motion for Approval of Cy Pres Award and Designation of Cy Pres Recipients, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Parties' Joint Motion is Granted.

2. The Court approves the cy pres award agreed to by the parties.

3. The Court designates Legal Aid of North Carolina and Pisgah Legal Services as the cy pres recipients.

4. Each cy pres recipient shall receive on-half of the undistributed funds (the funds that cannot be distributed to the class members) and those funds shall be sent to the cy pres recipients in the name of Sessoms & Rogers, P.A.

5. The cy pres funds shall be used for consumer education and/or representation.

1

6. A copy of this Order shall be transmitted to each cy pres recipient along with the recipient's share of the undistributed funds.

SO ORDERED. This 7 day of December 2010.

JAMES C. DEVER III
United States District Judge