THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-43-D

| | |
|---|---|
| Vanessa Beasley, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | CLASS ACTION JUDGMENT |
| vs. ) ) | |
| Sessoms & Rogers, P.A. Lee C. Rogers, and Palisades Collection, LLC, ) ) ) ) | |
| Defendants. ) | |

## CLASS ACTION JUDGMENT

Judgment is hereby entered in favor of class representative Vanessa Beasley and the class she represents, certified by this Court's Order of December 6, 2010. This judgment is not entered in favor of any of the three putative class members who timely excluded themselves as class members in this lawsuit. Pursuant to Rule 23(e), Judgment is hereby entered against Defendants Sessoms & Rogers, P.A., Lee C. Rogers, and Palisades Collection, LLC as follows:

1. Statutory damages in the amount of $1,001 for Plaintiff's claims individually;

2. Statutory damages in the amount of $9,000 for the claims of the certified class;

3. Costs to administer the class settlement;

4. Plaintiff's reasonable and allowable costs accrued in this action to date as determined by the Court; and

5. A reasonable attorney's fee as determined by the Court.

BY THE COURT

Date: 3/18/11

Honorable James C. Dever III
United States District Judge